# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| MASON IBRA GARRETT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2: 26-cr-04027-MDH |
| 19TH CIRCUIT COURT, et al., | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for leave to proceed *in forma pauperis* (Doc. 1) and the Chief Magistrate Judge Epps's Report and Recommendation (Doc. 4) on the Motion. The Court has made an independent review of the record and applicable law and has considered Plaintiff's Objections (Doc. 7). For the reasons stated herein, the Report and Recommendations of the Magistrate are **ADOPTED** and the Motion for Leave to proceed *in forma pauperis* is **DENIED**.

This matter arises from a state court case filed against Mr. Garrett in the 19th Circuit Court of Cole County, Missouri, on June 22, 2023, and the Missouri Department of Mental Health's recommendation that Mr. Garrett continue to be committed. (Doc. 1-2 at 38-39). In his Complaint, Mr. Garrett names as defendants the 19th Circuit Court of Cole County; the Honorable Brian K. Stumpe, the Honorable Christopher Kirby Limbaugh, and the Honorable Joseph L. Shetler; Circuit Clerks Mark Eicholz, "Jenny," and "Antonio"; the Missouri Department of Mental Health and "Director Their [sic] To"; the Missouri State Public Defender; and public defender Matthew Willis. (See Doc. 1-2). Mr. Garrett alleges violations of his constitutional rights under the First, Sixth, Tenth, Thirteenth, and Fourteenth Amendments, as well as violations of Article III, Article IV, and 18 U.S.C. §§ 241 and 242. (Doc. 1-2 at 13-16).

Chief Magistrate Judge Epps reviewed Mr. Garrett's affidavit of financial status and found that Mr. Garrett is qualified for *in forma pauperis* status based on economic need. However, applying 28 U.S.C. § 1915(e)(2)(B) and Local Rule 83.7 to the case at hand, Mr. Garrett's Complaint fails to state a claim upon which relief can be granted and seeks monetary relief against Defendants who are immune from such relief. Judge Epps found that: The 19th Circuit Court of Cole County is immune from suit, judges and clerks of the 19th Circuit Court of Cole County are immune from suit, the Missouri Department of Mental Health is immune from suit, and the Missouri State Public Defender and Matthew Willis are immune from suit. Thus, the Complaint fails to state a claim upon which relief can be granted against all Defendants.

It is **ORDERED** that the Report and Recommendations of the United States Magistrate Judge is **ADOPTED** and incorporated herein.

**IT IS FURTHER ORDERED** that the Motion for Leave to File *in forma pauperis* is hereby DENIED.

**IT IS SO ORDERED**.

DATED: February 17, 2026         */s/ Douglas Harpool*
                                 **DOUGLAS HARPOOL**
                                 **UNITED STATES DISTRICT JUDGE**